# SHER TREMONTE LLP

December 11, 2019

**BY ECF**

Hon. Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *United States v. Riendeau, et al.*
              Case No. 18 Cr. 444 (NRB)

Dear Judge Buchwald:

     We represent Josephine McLaughlin in the above-captioned matter. After conferring with the Government, we write to respectfully request that the Court schedule a hearing for an arraignment on a superseding misdemeanor information and change of plea. We also request that the Court authorize the United States Marshals Service to make travel arrangements for Ms. McLaughlin to attend this court appearance.

     In light of this request, Ms. McLaughlin agrees to withdraw her pending motions (Dkt. Nos. 95-96).

     We appreciate the Court's consideration.

                                          Respectfully submitted,

                                          /s/
                                          Michael Tremonte
                                          Anna Estevao

cc:      All counsel of record (via ECF)

*Handwritten annotation by Judge:* A conference is scheduled for January 8, 2020 at 2:30 pm. Speedy trial time excluded.
*Signed:* Naomi Reice Buchwald, USDJ 12/16/19

90 Broad Street | 23rd Floor | New York, NY 10004
www.shertremonte.com | tel. 212.202.2600 | fax. 212.202.4156