# SHER TREMONTE LLP

January 2, 2020

**BY ECF**

Hon. Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J. 1/3/2020

    Re:    *United States v. Riendeau, et al.*
              Case No. 18 Cr. 444 (NRB)

Dear Judge Buchwald:

    We represent Josephine McLaughlin in the above-captioned matter. We write to respectfully request that the Court authorize the United States Marshals Service to make travel arrangements for Ms. McLaughlin to attend the court appearance scheduled for January 8, 2020 at 2:30 p.m. Specifically, we request that she be permitted to travel by train from Boston to New York on the morning of January 8 and return in the evening. The additional time will be spent meeting in our office in New York.

    We appreciate the Court's consideration.

                                         Respectfully submitted,

                                         /s/_____
                                         Michael Tremonte
                                         Anna Estevao

cc:    All counsel of record (via ECF)