# SHER TREMONTE LLP

April 7, 2020

**BY ECF**

Hon. Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Application granted.  The sentencing hearing is adjourned to June 9, 2020 at 2:45pm.

*/s/ Naomi Reice Buchwald*
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Re:   *United States v. Riendeau, et al.*
      Case No. 18 Cr. 444 (NRB)

Dear Judge Buchwald:

    We represent Josephine McLaughlin in the above-captioned matter.  We write to respectfully request a thirty-day adjournment of the sentencing hearing scheduled for May 7, 2020, and the corresponding submission deadlines.  The additional time is necessary for defense counsel to prepare Ms. McLaughlin's sentencing submission and to allow Ms. McLaughlin to safely appear at the hearing in person.  Ms. McLaughlin is among the group of people identified by the Centers for Disease Control and Prevention ("CDC") as most at risk for contracting COVID-19.  Counsel for the Government consents to this request.

    We appreciate the Court's consideration.

Respectfully submitted,

/s/_____
Michael Tremonte
Anna Estevao

cc:   All counsel of record (via ECF)